B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Southern District of Florida | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Vazquez, Jennifer** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Jennifer Marie Vazquez**<br>**Jennifer M Vazquez**<br>**Jennifer Fernandez** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **3567** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**15267 SW 22nd Ter**<br>**Miami, FL**<br>ZIPCODE **33185-5704** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                          Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Vazquez, Jennifer** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)          Date

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

B1 (Official Form 1) (04/13)
Page 3

| | |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Vazquez, Jennifer** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X** */s/ Jennifer Vazquez*                 <br> Signature of Debtor           **Jennifer Vazquez** <br><br> **X** _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br> **July 29, 2013** <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> **X** _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |
| **Signature of Attorney\*** <br><br> **X** */s/ Timothy S. Kingcade, Esq.* <br> Signature of Attorney for Debtor(s) <br><br> **Timothy S. Kingcade, Esq. 082309** <br> **Kingcade & Garcia, P.A.** <br> **1370 Coral Way** <br> **Miami, FL  33145-2960** <br><br> **Kingcadeserve @bellsouth.net** <br><br><br> **July 29, 2013** <br> Date <br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer** <br><br> I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X** _____ <br> Signature of Authorized Individual <br><br> _____ <br> Printed Name of Authorized Individual <br><br> _____ <br> Title of Authorized Individual <br><br> _____ <br> Date | **X** _____ <br> Signature <br><br> _____ <br> Date <br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Southern District of Florida

IN RE:                                                                    Case No. _____

Vazquez, Jennifer _____        Chapter **7** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ Jennifer Vazquez*** _____

Date: **July 29, 2013** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Southern District of Florida

**IN RE:**                                                                Case No. _____

**Vazquez, Jennifer** _____     Chapter **7** _____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $       338,944.00 | | |
| B - Personal Property | Yes | 3 | $       21,354.51 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $       532,316.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $       0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $       2,170,537.22 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $       42,853.63 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $       54,928.42 |
| | TOTAL | 25 | $       360,298.51 | $       2,702,853.22 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:                                                                    Case No. _____

**Vazquez, Jennifer** _____    Chapter **7** _____
                                    Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Vazquez, Jennifer</u>                                                                  Case No. _____
                           Debtor(s)                                                                                    (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **15267 SW 22 Terr., Miami, FL  33185**<br>**Debtor's Homestead: Single family residence**<br>**Purchased: January 2004**<br>**To Be Reaffirmed if Mortgage Modification is Approved**<br>**FMV Based on Zillow.com** | | | 304,021.00 | 421,243.00 |
| **204 Poinsetia Pine Court, Unit 101, Tampa, FL  33612**<br>**Investment Property: Condominium Apartment**<br>**Purchased: January 2006**<br>**To Be Surrendered**<br>**FMV  Based on Zillow.com** | | | 34,923.00 | 85,301.00 |
| | | **TOTAL** | **338,944.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE Vazquez, Jennifer _____    Case No. _____
                        Debtor(s)                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand: None** | | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Space Coast CU Checking Acct #6116-90** | | 61.63 |
| | | **Space Coast CU Savins Acct #6116-00 Balance $0.00** | | 0.00 |
| | | **SunTrust Checking Acct #4472** | | 774.90 |
| | | **Suntrust Checking Acct #8993 Joint with Debtor's mother All money in the account belongs to Debtor's mother, who recieves SSA into this account Debtor Claims BLT** | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Misc. Household Goods Based on Inventory list** | | 1,765.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc. Clothing** | | 100.00 |
| 7. Furs and jewelry. | | **Misc. Jewelry Based on Inventory list** | | 50.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Vazquez, Jennifer** _____    Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13.　Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% Jennatco Inc, dba A Sunny Start Preschool Assets: SunTrust Checking Acct #0648 = $16,548.54 Office and other Equipment = $5,984 Based on Harry P Stampler, Inc Appraisal Report Inventory: None (Service) Accounts Receivable: None Rent Security Deposit = $11,500 Vehicles: None Total Assets: $34,032.54 Liabilities: $114,000 (outstanding balance from purchase of business)** | J | 0.00 |
| | | **Stocks with E*Trade** | | 924.98 |
| 14.　Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.　Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.　Accounts receivable. | X | | | |
| 17.　Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.　Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.　Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.　Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.　Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.　Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.　Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.　Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE <u>Vazquez, Jennifer</u>      Case No. _____
     Debtor(s)            (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Land Rover Range Rover Sport**<br>**Estimated mileage: 81,500**<br>**Secured with Space Coast CU for $25,772**<br>**To Be Redeemed** | | 17,678.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **21,354.51** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Vazquez, Jennifer _____  Case No. _____
Debtor(s)                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **15267 SW 22 Terr., Miami, FL  33185 Debtor's Homestead: Single family residence Purchased: January 2004 To Be Reaffirmed if Mortgage Modification is Approved FMV Based on Zillow.com** | **Art. X, §4(a)(1), FSA §§ 222.01, 222.02** | **1.00** | **304,021.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Misc. Household Goods Based on Inventory list** | **Art X § 4(a)(2)** | **1,000.00** | **1,765.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE **Vazquez, Jennifer** _____    Case No. _____
                       Debtor(s)                                           (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **47436715**<br><br>**Bank Of America, N.a.**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC  27410** | | | **Mortgage Loan 01/04-10/12**<br>**Homestead Property**<br>**15267 SW 22 Terr., Miami, FL  33185**<br>**Foreclosure Case No.: : 13-18011 CA**<br><br>VALUE $ **304,021.00** | | | | 251,935.00 | |
| ACCOUNT NO.<br><br>**Bank Of America, N.a.**<br>**ATTN: BANKRUPTCY/MC: NC4-105-03-14**<br>**Po Box 26012**<br>**Greensboro, NC  27410** | | | **Assignee or other notification for:**<br>**Bank Of America, N.a.**<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. **426420036632**<br><br>**Chase**<br>**Po Box 901039**<br>**Fort Worth, TX  76101** | | | **Home Equity Line of Credit 08/05-03/09**<br>**Homestead Property**<br>**15267 SW 22 Terr., Miami, FL  33185**<br><br>VALUE $ **304,021.00** | | | | 169,308.00 | 117,222.00 |
| ACCOUNT NO.<br><br>**The Law Offices of Ryan D Gesten PA**<br>**6974 Griffin Rd**<br>**Davie, FL  33314** | | | **Assignee or other notification for:**<br>**Chase**<br><br><br>VALUE $ | | | | | |

____**1**____ continuation sheets attached

             Subtotal<br>(Total of this page)    $  **421,243.00**  $  **117,222.00**

             Total<br>(Use only on last page)    $         $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Vazquez, Jennifer** _____   Case No. _____
           Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **598144855** <br><br> **Nationstar** <br> **350 Highland** <br> **Houston, TX 77067** | | | **Mortgage Loan 01/06-10/12** <br> **Non-Homestead Property** <br> **204 Poinsetia Pine Court, #101, Tampa, FL 33612** <br> **Lawsuit Case No. 09-CA-003490** <br> VALUE $ **34,923.00** | | | | 71,240.00 | 36,317.00 |
| ACCOUNT NO. <br><br> **Mortgage Electronics Registration System** <br> **3300 SW 34th Ave, #101** <br> **Ocala, FL 34474** | | | **Assignee or other notification for: Nationstar** <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> **Nationstar** <br> **ATTN: BANKRUPTCY** <br> **350 Highland Dr** <br> **Lewisville, TX 75067** | | | **Assignee or other notification for: Nationstar** <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. **478000768** <br><br> **Real Time Resolutions** <br> **105 Decker Ct Ste 725** <br> **Irving, TX 75062** | | | **Mortgage Loan 01/06-10/12** <br> **Non-Homestead Property** <br> **204 Poinsetia Pine Court, #101, Tampa, FL 33612** <br><br> VALUE $ **34,923.00** | | | | 14,061.00 | 14,061.00 |
| ACCOUNT NO. **9554611621** <br><br> **Space Coast Credit Uni** <br> **8045 N Wickham Rd** <br> **Melbourne, FL 32940** | | | **Auto Loan 02/06-10/12** <br> **2007 Range Rover** <br><br><br> VALUE $ **17,678.00** | | | | 25,772.00 | 8,094.00 |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br><br> VALUE $ | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | | Subtotal (Total of this page) | $ 111,073.00 | $ 58,472.00 |
|---|---|---|---|---|
| | | Total (Use only on last page) | $ 532,316.00 | $ 175,694.00 |
| | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Vazquez, Jennifer _____  Case No. _____
         Debtor(s)                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

B6F (Official Form 6F) (12/07)

IN RE <u>Vazquez, Jennifer</u> _____    Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3499909029984773**<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL  33329** | | | **Revolving Credit Card 01/10**<br>**$0 Balance on Credit Report** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Amex**<br>**AMERICAN EXPRESS SPECIAL RESEARCH**<br>**Po Box 981540**<br>**El Paso, TX  79998** | | | **Assignee or other notification for:**<br>**Amex** | | | | |
| ACCOUNT NO. **3499904921220413**<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL  33329** | | | **Revolving Credit Card 04/10**<br>**$0 Balance on Credit Report** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Amex**<br>**AMERICAN EXPRESS SPECIAL RESEARCH**<br>**Po Box 981540**<br>**El Paso, TX  79998** | | | **Assignee or other notification for:**<br>**Amex** | | | | |

**12** continuation sheets attached

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Vazquez, Jennifer** _____   Case No. _____
          Debtor(s)                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **63372230**<br>**AMO Recoveries**<br>**P.O. Box 926100**<br>**Norcross, GA  30010-6200** | X | | **Collection Agency for Chase #5822** | | X | | **1.00** |
| ACCOUNT NO.<br>**Chase**<br>**1 Chase Sq**<br>**Rochester, NY  14643** | | | **Assignee or other notification for:**<br>**AMO Recoveries** | | | | |
| ACCOUNT NO. **3640032357782**<br>**Aurora Bank Fsb**<br>**601 5th Avenue**<br>**Scottsbluff, NE  69361** | | | **Mortgage Loan 07/06**<br>**$0 Balance on Credit Report** | | | | **0.00** |
| ACCOUNT NO.<br>**Aurora Bank Fsb**<br>**ATTN: BANKRUPTCY DEPT.**<br>**2617 College Park**<br>**Scottsbluff, NE  69361** | | | **Assignee or other notification for:**<br>**Aurora Bank Fsb** | | | | |
| ACCOUNT NO. **3640032354128**<br>**Aurora Bank Fsb**<br>**601 5th Avenue**<br>**Scottsbluff, NE  69361** | | | **Mortgage Loan 07/12**<br>**$0 Balance on Credit Report**<br>**Acct transferred to Nationstar #4855** | | | | **0.00** |
| ACCOUNT NO.<br>**Aurora Bank Fsb**<br>**ATTN: BANKRUPTCY DEPT.**<br>**2617 College Park**<br>**Scottsbluff, NE  69361** | | | **Assignee or other notification for:**<br>**Aurora Bank Fsb** | | | | |
| ACCOUNT NO. **09-CA-016978 NC**<br>**Butler & Hosch, P.A.**<br>**3182 S. Conway Road, #E**<br>**Orlando, FL  32812** | X | J | **Attorney for Plaintiff Chase #5852** | | X | | **1.00** |

Sheet no. _____**1**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Vazquez, Jennifer _____   Case No. _____
                        Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chase**<br>**Po Box 24696**<br>**Columbus, OH 43224** | | | **Assignee or other notification for:**<br>**Butler & Hosch, P.A.** | | | | |
| ACCOUNT NO.<br>**JPMorgan Chase Bank**<br>**3415 Vision Dr.**<br>**Columbus, OH 43219** | | | **Assignee or other notification for:**<br>**Butler & Hosch, P.A.** | | | | |
| ACCOUNT NO. **4651742612960**<br>**Chase**<br>**Po Box 24696**<br>**Columbus, OH 43224** | X | J | **Mortage Loan 04/07-10/12**<br>**Non-Homestead**<br>**Property was QCD in 09/2008** | | | | **1,154,959.00** |
| ACCOUNT NO.<br>**Chase**<br>**ATTN; BANKRUPTCY DEPT**<br>**3415 Vision Dr. Mail Code: Oh4-7133**<br>**Columbus, OH 43219** | | | **Assignee or other notification for:**<br>**Chase** | | | | |
| ACCOUNT NO. **447022515822**<br>**Chase**<br>**1 Chase Sq**<br>**Rochester, NY 14643** | X | J | **Home Equity Line of Credit 04/07-05/09**<br>**Non-Homestead**<br>**12705 Maple Road, North Miami, FL 33181**<br>**act in collection** | | | | **357,671.00** |
| ACCOUNT NO. **4266-8410-3273-8542**<br>**Chase**<br>**P.o. Box 15298**<br>**Wilmington, DE 19850** | | | **Revolving Credit Card 05/09**<br>**$0 Balance on Credit Report** | | | | **0.00** |
| ACCOUNT NO. **1560055164008**<br>**Chase**<br>**Po Box 24696**<br>**Columbus, OH 43224** | | | **Mortgage Loan 06/03**<br>**$0 Balance on Credit Report** | | | | **0.00** |

Sheet no. ___**2**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,512,630.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Vazquez, Jennifer** _____    Case No. _____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Chase** <br> **ATTENTION: BANKRUPTCY** <br> **3232 Newmark Dr.** <br> **Miamisburg, OH  45342** | | | Assignee or other notification for: <br> Chase | | | | |
| ACCOUNT NO. **4651742255852** <br> **Chase** <br> **Po Box 24696** <br> **Columbus, OH  43224** | X | J | **Mortgage Loan 05/12** <br> **Non-Homestead** <br> **2755 Coconut Bay Lane, #127, Sarasota, FL 34237-3036** | | | | 49,304.94 |
| ACCOUNT NO. <br> **Chase** <br> **ATTN; BANKRUPTCY DEPT** <br> **3415 Vision Dr. Mail Code: Oh4-7133** <br> **Columbus, OH  43219** | | | Assignee or other notification for: <br> Chase | | | | |
| ACCOUNT NO. <br> **JPMorgan Chase Bank** <br> **3415 Vision Dr.** <br> **Columbus, OH  43219** | | | Assignee or other notification for: <br> Chase | | | | |
| ACCOUNT NO. **1565304281792** <br> **Chase** <br> **Po Box 24696** <br> **Columbus, OH  43224** | | | **Mortgage Laon 03/11** <br> **Non-Homestead** <br> **7638 Forest City Road, Orlando, FL  32810-2986** <br> **Lawsuit Cas No. 09-CA-004316-O** | | | | 174,999.88 |
| ACCOUNT NO. <br> **JPMorgan Chase Bank, N.A.** <br> **7255 Baymeadows Way** <br> **Jacksonville, FL  32256** | | | Assignee or other notification for: <br> Chase | | | | |
| ACCOUNT NO. **5053381000360692** <br> **Chase/best Buy** <br> **Po Box 15298** <br> **Wilmington, DE  19850** | | | **Revolving Credit Card 10/10** <br> **$0 Balance on Credit Report** | | | | 0.00 |

Sheet no. ____**3**__ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **224,304.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Vazquez, Jennifer**
_____     Case No. _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chase/best Buy**<br>**ATTENTION:  BANKRUPTCY DEPARTMENT**<br>**Po Box 15298**<br>**Wilmington, DE  19850** | | | Assignee or other notification for:<br>Chase/best Buy | | | | |
| ACCOUNT NO. **xxx-xx-3567**<br>**Child Support Enforcement**<br>**PO Box 8030**<br>**Tallahassee, FL  32314-8030** | | | Notice Only | | | | 0.00 |
| ACCOUNT NO. **7711023670**<br>**City Furnit**<br>**Po Box 94498**<br>**Las Vegas, NV  89193** | | | Revolving Credit Card 05/06<br>$0 Balance on Credit Report | | | | 0.00 |
| ACCOUNT NO.<br>**City Furnit**<br>**Po Box 10438**<br>**Des Moines, IA  50306** | | | Assignee or other notification for:<br>City Furnit | | | | |
| ACCOUNT NO. **08-CA-007098 NC**<br>**David J. Fredericks, Esq.**<br>**2033 Main St., #403**<br>**Sarasota, FL  34237** | | | Attorney For Sarasota Palm Condo, Assoc., Inc. | X | | | 1.00 |
| ACCOUNT NO.<br>**Sarasota Palms Condo., Assoc., Inc.**<br>**C/O Michael Averbuch, R.A.**<br>**2725 Coconut Bay Lane**<br>**Sarasota, FL  34237** | | | Assignee or other notification for:<br>David J. Fredericks, Esq. | | | | |
| ACCOUNT NO.<br>**Sarasota Palms Condo., Assoc., Inc.**<br>**2725 Coconut Bay Lane**<br>**Sarasota, FL  34237** | | | Assignee or other notification for:<br>David J. Fredericks, Esq. | | | | |

Sheet no. _____**4**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $     **1.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Vazquez, Jennifer**                                                                 Case No. _____
_____
              Debtor(s)                                                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-3567**<br>**Department Of The Treasury**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **xxx-xx-3567**<br>**Equifax**<br>**PO Box 740241**<br>**Atlanta, GA  30374-0241** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **xxx-xx-3567**<br>**Experian**<br>**PO Box 2002**<br>**Allen, TX  75013-2002** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **08-CA-007098 NC**<br>**Federal National Mortgage Association**<br>**C/O Fidelity/ LBPS**<br>**14523 SW Millikan Way, #200**<br>**Beaverton, OR  97005** | X | J | **Mortgage Loan 06/11**<br>**Non-Homestead**<br>**2760 Coconut Bay Lane, #2212, Sarasota, FL 34237** | | | | **122,568.40** |
| ACCOUNT NO. **09-CA-004316-O**<br>**Florida Default Law Group, P.L.**<br>**P.O. Box 25018**<br>**Tampa, FL  33622-5018** | | | **Attorneys for Chase #1792** | | | X | **1.00** |
| ACCOUNT NO.<br>**Chase**<br>**Po Box 24696**<br>**Columbus, OH  43224** | | | **Assignee or other notification for:**<br>**Florida Default Law Group, P.L.** | | | | |
| ACCOUNT NO.<br>**JPMorgan Chase Bank, N.A.**<br>**7255 Baymeadows Way**<br>**Jacksonville, FL  32256** | | | **Assignee or other notification for:**<br>**Florida Default Law Group, P.L.** | | | | |

Sheet no. _____**5**__ of __**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **122,569.40**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Vazquez, Jennifer**
_____    Case No. _____
<table>
<tr><td align="center">Debtor(s)</td><td align="center">(If known)</td></tr>
</table>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<table>
<tr>
<th rowspan="2">CREDITOR'S NAME, MAILING ADDRESS<br>INCLUDING ZIP CODE, AND ACCOUNT NUMBER.<br><i>(See Instructions Above.)</i></th>
<th>CODEBTOR</th>
<th>HUSBAND, WIFE, JOINT,<br>OR COMMUNITY</th>
<th rowspan="2">DATE CLAIM WAS INCURRED AND<br>CONSIDERATION FOR CLAIM. IF CLAIM IS<br>SUBJECT TO SETOFF, SO STATE</th>
<th>CONTINGENT</th>
<th>UNLIQUIDATED</th>
<th>DISPUTED</th>
<th rowspan="2">AMOUNT<br>OF<br>CLAIM</th>
</tr>
<tr><th></th><th></th><th></th><th></th><th></th></tr>
<tr>
<td>ACCOUNT NO. <b>xxx-xx-3567</b><br><br><b>Florida Department Of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668</b></td>
<td></td><td></td>
<td><b>Notice Only</b></td>
<td></td><td></td><td></td>
<td align="right"><b>0.00</b></td>
</tr>
<tr>
<td>ACCOUNT NO. <b>360123073</b><br><br><b>Gmac Mort.<br>Po Box 4622<br>Waterloo, IA 50704</b></td>
<td></td><td></td>
<td><b>Mortgage Loan 06/07<br>$0 Balance on Credit Report</b></td>
<td></td><td></td><td></td>
<td align="right"><b>0.00</b></td>
</tr>
<tr>
<td>ACCOUNT NO. <b>08-31800 CICI 31</b><br><br><b>Golson Felberbaum, PLLC<br>1230 S. Myrtle Ave., #105<br>Clearwater, FL 33756-3445</b></td>
<td></td><td></td>
<td><b>Attorney for Plaintiff HSBC Bank USA, NA</b></td>
<td></td><td>X</td><td></td>
<td align="right"><b>1.00</b></td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><b>HSBC Bank USA, N.A.<br>4828 Loop Central Drive, 5th Floor<br>Houston, TX 77081</b></td>
<td></td><td></td>
<td><b>Assignee or other notification for:<br>Golson Felberbaum, PLLC</b></td>
<td></td><td></td><td></td>
<td></td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><b>HSBC Bank USA, N.A.<br>P.O. Box 4387<br>Houston, TX 77081</b></td>
<td></td><td></td>
<td><b>Assignee or other notification for:<br>Golson Felberbaum, PLLC</b></td>
<td></td><td></td><td></td>
<td></td>
</tr>
<tr>
<td>ACCOUNT NO. <b>1000779741</b><br><br><b>Homeward Residential<br>1525 S Belt Line Rd<br>Coppell, TX 75019</b></td>
<td></td><td></td>
<td><b>Mortgage Loan 04/06<br>$0 Balance on Credit Report</b></td>
<td></td><td></td><td></td>
<td align="right"><b>0.00</b></td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><b>Homeward Residential<br>AHMSI / ATTENTION: BANKRUPTCY<br>Po Box 631730<br>Irving, TX 75063</b></td>
<td></td><td></td>
<td><b>Assignee or other notification for:<br>Homeward Residential</b></td>
<td></td><td></td><td></td>
<td></td>
</tr>
</table>

Sheet no. ____**6** of ____**12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **1.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Vazquez, Jennifer**                                                                  Case No. _____
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **08-31800 CICI 31** <br><br> **HSBC Bank USA, N.A.** <br> **4828 Loop Central Drive, 5th Floor** <br> **Houston, TX  77081** | | | **Mortgage Loan 03/09** <br> **Non-Homestead** <br> **410C Banana Cay Drive, South Daytona, FL 32119** <br> **Debtor not on loan, just on the deed** | | | | **149,101.25** |
| ACCOUNT NO. <br><br> **HSBC Bank USA, N.A.** <br> **P.O. Box 4387** <br> **Houston, TX  77081** | | | **Assignee or other notification for:** <br> **HSBC Bank USA, N.A.** | | | | |
| ACCOUNT NO. **xxx-xx-3567** <br><br> **Internal Revenue Service** <br> **PO Box 7346** <br> **Philadelphia, PA  19101-7346** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **6560006402656** <br><br> **Irwin Home Equity** <br> **12677 Alcosta Bv** <br> **San Ramon, CA  94583** | | | **Auto Loan 03/06** <br> **$0 Balance on Credit Report** | | | | **0.00** |
| ACCOUNT NO. <br><br> **Irwin Home Equity** <br> **12677 Alcosta Blvd Ste 500** <br> **San Ramon, CA  94583** | | | **Assignee or other notification for:** <br> **Irwin Home Equity** | | | | |
| ACCOUNT NO. **09-CA003490** <br><br> **LAw Offices Of Marshall C. Watson, PA** <br> **1800 NW 49th St., #120** <br> **Ft. Lauderdale, FL  33309** | | | **Attorneys for Plaintiff Nationstar** | | | X | **1.00** |
| ACCOUNT NO. <br><br> **Nationstar** <br> **350 Highland** <br> **Houston, TX  77067** | | | **Assignee or other notification for:** <br> **LAw Offices Of Marshall C. Watson, PA** | | | | |

Sheet no. _____**7**__ of ___**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **149,102.25**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Vazquez, Jennifer _____   Case No. _____
                     Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nationstar**<br>**ATTN: BANKRUPTCY**<br>**350 Highland Dr**<br>**Lewisville, TX 75067** | | | Assignee or other notification for:<br>**LAw Offices Of Marshall C. Watson, PA** | | | | |
| ACCOUNT NO. **462738**<br>**LCS Financial Services Corp.**<br>**6782 South Potomac St., #100**<br>**Centennial, CO 80112-3915** | | | **Collection Agency for Ocwen Loan #1231** | | | X | **1.00** |
| ACCOUNT NO.<br>**Ocwen Loan Servicing, LLC**<br>**P.O. Box 6440**<br>**Carol Stream, IL 60197-6440** | | | Assignee or other notification for:<br>**LCS Financial Services Corp.** | | | | |
| ACCOUNT NO. **40772az317**<br>**Lexus Financial Servic**<br>**12735 Morris Road Ext #**<br>**Alpharetta, GA 30004** | | | **Auto Loan 06/10**<br>**$0 Balance on Credit Report** | | | | **0.00** |
| ACCOUNT NO.<br>**Lexus Financial Servic**<br>**Po Box 8026**<br>**Cedar Rapids, IA 52409** | | | Assignee or other notification for:<br>**Lexus Financial Servic** | | | | |
| ACCOUNT NO. **09-CA-004316-O**<br>**Magnolia Court Condo. Assoc., Inc.**<br>**2180 W. SR 434, #5000**<br>**Longwood, FL 32779** | | | **HOA**<br>**7638 Forest City Road, Orlando, FL 32810-2956**<br>**Defendant in Lawsuit** | | | X | **1.00** |
| ACCOUNT NO.<br>**Magnolia Court Condo. Assoc., Inc.**<br>**C/O James W. Hart, JR, R.A.**<br>**2180 W. SR 434, #5000**<br>**Longwood, FL 32779** | | | Assignee or other notification for:<br>**Magnolia Court Condo. Assoc., Inc.** | | | | |

Sheet no. ____**8**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Vazquez, Jennifer** _____  Case No. _____
                     Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **13-18011 CA**<br><br>**Marinosci Law Group, PC**<br>**C/O Daphne Blum Tako, Esq.**<br>**10 West Cypress Creek Rd Ste 10-45**<br>**Ft Lauderdale, FL  33309** | | | **Foreclosure**<br>**Plaintiff Attorney** | | | | **1.00** |
| ACCOUNT NO. **221215**<br><br>**NSM Recovery Services**<br>**PO Box 130536**<br>**Dallas, TX  75313-0536** | | | **Collection Agency for Real Time Resolution** | | | | **1.00** |
| ACCOUNT NO. **39070610**<br><br>**Ocwen Loan Servicing L**<br>**12650 Ingenuity Dr**<br>**Orlando, FL  32826** | | | **Mortgage Loan 07/08**<br>**$0 Balance on Credit Report** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Ocwen Loan Servicing L**<br>**ATTN: BANKRUPTCY**<br>**P.o. Box 24738**<br>**West Palm Beach, FL  33416** | | | **Assignee or other notification for:**<br>**Ocwen Loan Servicing L** | | | | |
| ACCOUNT NO. **40431231**<br><br>**Ocwen Loan Servicing, LLC**<br>**P.O. Box 6440**<br>**Carol Stream, IL  60197-6440** | | | **Mortgage Loan 01/12**<br>**Non-Homestead**<br>**410C Banana Cay Drive, South Daytona, FL 32119**<br>**Debtor on Title, not on Mortgage**<br>**acct in collection** | | | | **131,563.05** |
| ACCOUNT NO. **11696954**<br><br>**Professional Recovery Consultants, Inc.**<br>**27000 Meridan Pkwy Ste 200**<br>**Durham, NC  27713** | | | **Collecion Agency for Chase Mortgage** | | | | **1.00** |
| ACCOUNT NO. **11696834**<br><br>**Professional Recovery Consultants, Inc.**<br>**27000 Meridan Pkwy Ste 200**<br>**Durham, NC  27713** | | | **Collection Agency for Chase Mortgage** | | | | **1.00** |

Sheet no. _____**9**_____ of _____**12**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **131,567.05**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Vazquez, Jennifer**          Case No. _____
<br>                         Debtor(s)                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **A-201-101**<br>**Renaissance Villas Condo Assoc., Inc.**<br>**307 S. Willow Ave, #100**<br>**Tampa, FL 33606** | | | **HOA**<br>**2012 Assessments**<br>**204 Poinsetia Pine Court, #101, Tampa, FL 33612** | | | | **21,115.70** |
| ACCOUNT NO.<br>**Business Law Group, PA**<br>**301 W Platt St #375**<br>**Tampa, FL 33606** | | | **Assignee or other notification for:**<br>**Renaissance Villas Condo Assoc., Inc.** | | | | |
| ACCOUNT NO.<br>**Renaissance Villas Condo Assoc., Inc.**<br>**C/O DLG Management Services, R.A.**<br>**307 S. Willow Ave., #100**<br>**Tampa, FL 33606** | | | **Assignee or other notification for:**<br>**Renaissance Villas Condo Assoc., Inc.** | | | | |
| ACCOUNT NO.<br>**Renaissance Villas Condo Assoc., Inc.**<br>**C/OBusiness Law Group**<br>**301 W. Platt St., #375**<br>**Tampa, FL 33606** | | | **Assignee or other notification for:**<br>**Renaissance Villas Condo Assoc., Inc.** | | | | |
| ACCOUNT NO.<br>**Santisima Trinidad, LLC**<br>**C/O KSDT & Co**<br>**9300 S Dadland Bld Ste 600**<br>**Miami, FL** | | | **Commercial Lease** | | | | **1.00** |
| ACCOUNT NO. **09-CA-016978 NC**<br>**Sarasota Palms Condo., Assoc., Inc.**<br>**2725 Coconut Bay Lane**<br>**Sarasota, FL 34237** | X | J | **HOA**<br>**2755 Coconut Bay Lane, #127, Sarasota, FL 34237**<br>**Defendant in Lawsuit** | | | | **9,239.00** |
| ACCOUNT NO.<br>**Sarasota Palms Condo., Assoc., Inc.**<br>**C/O Michael Averbuch, R.A.**<br>**2725 Coconut Bay Lane**<br>**Sarasota, FL 34237** | | | **Assignee or other notification for:**<br>**Sarasota Palms Condo., Assoc., Inc.** | | | | |

Sheet no. ____**10**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                  Subtotal
(Total of this page)  $ **30,355.70**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

B6F (Official Form 6F) (12/07) - Cont.

IN RE Vazquez, Jennifer _____   Case No. _____
                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 08-CA-007098 NC<br>Sarasota Palms Condo., Assoc., Inc.<br>2725 Coconut Bay Lane<br>Sarasota, FL 34237 | X | | HOA<br>2760 Coconut Bay Lane, #2212, Sarasota, FL 34237<br>Defendant in Lawsuit | X | | | 1.00 |
| ACCOUNT NO.<br>Sarasota Palms Condo., Assoc., Inc.<br>C/O Michael Averbuch, R.A.<br>2725 Coconut Bay Lane<br>Sarasota, FL 34237 | | | Assignee or other notification for:<br>Sarasota Palms Condo., Assoc., Inc. | | | | |
| ACCOUNT NO. 9554611603<br>Space Coast Credit Uni<br>8045 N Wickham Rd<br>Melbourne, FL 32940 | | | Auto Loan 12/06<br>$0 Balance on Credit Report | | | | 0.00 |
| ACCOUNT NO. 9554611602<br>Space Coast Credit Uni<br>8045 N Wickham Rd<br>Melbourne, FL 32940 | | | Auto Loan 11/05<br>$0 Balance on Credit Report | | | | 0.00 |
| ACCOUNT NO. 507064359213<br>Tabank<br>11227 Lakeview Ave<br>Lenexa, KS 66219 | | J | Revolving Credit Card 02/05<br>$0 Balance on Credit Report | | | | 0.00 |
| ACCOUNT NO. 08-31800 CCIC 31<br>The Bristol Bay Condominium Assoc., Inc.<br>410D Banana Cay Drive<br>South Daytona, FL 32119 | X | J | HOA<br>410C Banana Cay Drive, South Daytona, FL 32119<br>Defendant in Lawsuit | X | | | 1.00 |
| ACCOUNT NO.<br>The Bristol Bay Condominium Assoc., Inc.<br>C/O Steven M. Bowie, R.A.<br>410D Banana Cay Drive<br>South Daytona, FL 32119 | | | Assignee or other notification for:<br>The Bristol Bay Condominium Assoc., Inc. | | | | |

Sheet no. ___11___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $       2.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Vazquez, Jennifer**
_____    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-3567** <br> **Transunion** <br> **PO Box 1000** <br> **Chester, PA 19016-1000** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **4605-7910-0011-4053** <br> **Tropical Fed Credit Un** <br> **3050 Corporate Way** <br> **Miramar, FL 33025** | | | **Revolving Credit Card 12/05** <br> **$0 Balance on Credit Report** | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**12**__ of __**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **2,170,537.22**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE <u>Vazquez, Jennifer</u>                                                    Case No. _____
                        Debtor(s)                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Santisima Trinidad, LLC**<br>**C/O KSDT & Co**<br>**9300 S Dadland Bld Ste 600**<br>**Miami, FL**<br><br>**Jennatco Inc.**<br>**Dba A Sunny Start Preschool**<br>**2757 SW 142 Ave**<br>**Miami, FL  33175** | **Commercial Lease: 2757 SW 142nd Ave Miami, FL 33175** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

**IN RE** <u>Vazquez, Jennifer</u>                                                                Case No. _____
<span style="margin-left:1em">Debtor(s)</span>                                                                                    (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Amparo Costo**<br>**8650 SW 149th Ave.**<br>**Miami, FL  33193** | **Chase**<br>**Po Box 24696**<br>**Columbus, OH  43224**<br><br>**Sarasota Palms Condo., Assoc., Inc.**<br>**2725 Coconut Bay Lane**<br>**Sarasota, FL  34237**<br><br>**Butler & Hosch, P.A.**<br>**3182 S. Conway Road, #E**<br>**Orlando, FL  32812**<br><br>**Federal National Mortgage Association**<br>**C/O Fidelity/ LBPS**<br>**14523 SW Millikan Way, #200**<br>**Beaverton, OR  97005**<br><br>**Sarasota Palms Condo., Assoc., Inc.**<br>**2725 Coconut Bay Lane**<br>**Sarasota, FL  34237**<br><br>**The Bristol Bay Condominium Assoc., Inc.**<br>**410D Banana Cay Drive**<br>**South Daytona, FL  32119** |
| **Javier Gonzalez**<br>**12705 Maple Road**<br>**North Miami, FL** | **Chase**<br>**Po Box 24696**<br>**Columbus, OH  43224**<br><br>**Chase**<br>**1 Chase Sq**<br>**Rochester, NY  14643**<br><br>**AMO Recoveries**<br>**P.O. Box 926100**<br>**Norcross, GA  30010-6200** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Vazquez, Jennifer</u>                                      Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Daughter** | | AGE(S):<br>**9** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **President** | |
| Name of Employer | **Jennatco Inc. Dba A Sunny Start Preschool** | |
| How long employed | **1 years and 6 months** | |
| Address of Employer | **2757 SW 142 Ave**<br>**Miami, FL 33175** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)    DEBTOR    SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ _____ | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ **0.00** | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ _____ | $ _____ |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **0.00** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ **0.00** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ **42,453.63** | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **400.00** | $ _____ |
| 11. Social Security or other government assistance<br>(Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income<br>(Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ **42,853.63** | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ **42,853.63** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)        $ **42,853.63**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Vazquez, Jennifer</u>                                            Case No. _____
Debtor(s)                                                       (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,000.00 |
|    a. Are real estate taxes included?   Yes ✓  No ____ | |
|    b. Is property insurance included?  Yes ✓  No ____ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 280.00 |
|    b. Water and sewer | $ 30.00 |
|    c. Telephone | $ 145.00 |
|    d. Other  **Cable TV** | $ 180.00 |
|             **Alarm** | $ 38.00 |
| 3. Home maintenance (repairs and upkeep) | $ |
| 4. Food | $ 300.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ |
| 7. Medical and dental expenses | $ |
| 8. Transportation (not including car payments) | $ |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ |
|    c. Health | $ 250.00 |
|    d. Auto | $ 170.00 |
|    e. Other | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 692.00 |
|    b. Other  **2nd Mortgage** | $ 350.00 |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 50,343.42 |
| 17. Other  **Personal Care** | $ 50.00 |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.      $ 54,928.42

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 42,853.63 |
|    b. Average monthly expenses from Line 18 above | $ 54,928.42 |
|    c. Monthly net income (a. minus b.) | $ -12,074.79 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:                                                                            Case No. _____

Vazquez, Jennifer _____  Chapter **7** _____
                        Debtor(s)

## BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u> (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

   1.  Gross Income For 12 Months Prior to Filing:           $ _____

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

   2.  Gross Monthly Income:             $ _____**42,453.63**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---:|
| 3. | Net Employee Payroll (Other Than Debtor) | $ _____ **16,500.73** |
| 4. | Payroll Taxes | $ _____ |
| 5. | Unemployment Taxes | $ _____ |
| 6. | Worker's Compensation | $ _____ |
| 7. | Other Taxes | $ _____ |
| 8. | Inventory Purchases (Including raw materials) | $ _____ |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | $ _____ |
| 10. | Rent (Other than debtor's principal residence) | $ _____ **10,727.76** |
| 11. | Utilities | $ _____ **771.13** |
| 12. | Office Expenses and Supplies | $ _____ **33.69** |
| 13. | Repairs and Maintenance | $ _____ **204.34** |
| 14. | Vehicle Expenses | $ _____ **39.79** |
| 15. | Travel and Entertainment | $ _____ |
| 16. | Equipment Rental and Leases | $ _____ |
| 17. | Legal/Accounting/Other Professional Fees | $ _____ |
| 18. | Insurance | $ _____ **531.06** |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | $ _____ |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | $ _____ |
| 21. | Other (Specify): **See Continuation Sheet** | $ _____ **21,534.92** |
| 22. | Total Monthly Expenses (Add items 3-21) | $ _____ **50,343.42** |

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

   23.  **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)   $ _____ **-7,889.79**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Vazquez, Jennifer _____    Case No. _____

Debtor(s)

## BUSINESS INCOME AND EXPENSES
### Continuation Sheet - Page 1 of 1

Other:

| | |
|---|---:|
| **Advertising** | 672.15 |
| **Bank Sev Charges** | 127.42 |
| **License And Permits** | 127.42 |
| **Computer & Internet** | 269.45 |
| **Field Trip** | 33.90 |
| **Food** | 4,909.33 |
| **Janitorial** | 161.22 |
| **Meals & Entertainment** | 42.72 |
| **Postage & Delivery** | 231.16 |
| **Printing & Reproduction** | 259.58 |
| **Returned Checks** | 171.33 |
| **Storage** | 153.45 |
| **Supplies** | 2,901.30 |
| **Telephone** | 372.48 |
| **Uniforms** | 464.73 |
| **Loan Payment** | 9,371.11 |
| **Dry Cleaner** | 18.69 |
| **Exterminator** | 27.47 |
| **Dues And Subscription** | 146.67 |
| **Misc.** | 164.65 |
| **Training** | 11.50 |
| **Travel** | 567.78 |
| **Equipment** | 125.00 |
| **School Picture** | 145.83 |
| **Payroll Expense** | 58.58 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** <u>Vazquez, Jennifer</u>                                                                                    Case No. _____
Debtor(s)                                                                                         (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**27** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July 29, 2013** _____        Signature: ***/s/ Jennifer Vazquez*** _____
                                                                                 **Jennifer Vazquez**                                      <sub>Debtor</sub>

Date: _____        Signature: _____
                                                                                                                                   (Joint Debtor, if any)
[If joint case, both spouses must sign.]

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                                                         _____
                                                                         (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Southern District of Florida

IN RE:                                                                    Case No. _____

**Vazquez, Jennifer** _____   Chapter **7** _____
                                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 254,721.83 | 2013 - Estimated Gross Income from Business YTD |
| 273,090.00 | 2012 - Did not file yet - Estimated Gross from business |
| -52,648.00 | 2011 - Individual Income Tax Return |

---

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 5,000.00 | 04/2013 - Income from Independent Foreclosure Review, money was used for business expenses. |

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Space Coast Credit Uni**<br>**8045 N Wickham Rd**<br>**Melbourne, FL  32940** | **3 month period** | **2,079.00** | **25,772.00** |

None [✓] *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None [✓] *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None [ ] a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Aurora Loan Services, LL vs. Jennifer Vazquez, et. al. Case No. 09-C-003490** | **Foreclosure** | **In the Circuit Court of the 13th Judicial Circuit, In and For Hillsborough County, Florida** | **Order of Dismissal entered 06/28/12** |
| **JPMorgan Chase Bank, NA vs. Jennifer Vazquez, et. al. Case No. 09-CA-004316-O** | **Foreclosure** | **In the Circuit Court, In and For Orange County, Florida** | **Certificate of Title 08/2011** |
| **JPMorgan CHase Bank, NA vs. Jennifer M. Vazquez, et. al. Case No. 09-CA-016978 NC** | **Foreclosure** | **In the Circuit Court, In and For Sarasota, FL** | **Certificate of Title issued 06/12** |
| **Federal National Mortgage Association vs. Amparo Costo, Jennifer Vazquez, et. al. Case No. 08-CA-007098 NC** | **Foreclosure** | **In the Circuit Court, In and For Sarasota, FL** | **Certificate of Title issued 06/11** |
| **HSBC Bank USA, NA vs. Amparo Costco, Jennifer Vazquez, et. al. Case No. 08-31800 CICI 31** | **Foreclosure** | **In the Circuit Court, In and For Volusia County, Florida** | **Certificated of Title issued 03/2009** |
| **Bank of New York Mellon vs Jennifer Vazquez Case No.: 13-18011 CA** | **Foreclosure** | **11th Judicial Circuit Court Miami-Dade County Florida** | **Pending** |

None [✓] b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None [ ] List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Chase**<br>**Po Box 24696**<br>**Columbus, OH  43224** | **06/15/12** | **2755 Coconut Bay Lane, #127, Sarasota, FL 34237-3036** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Timothy S Kingcade<br>Kingcade & Garcia, PA<br>1370 Coral Way<br>Miami, FL  33145 | 11/2012 to 01/2013 | 3,975.00 |
| Attorney's fees $3,450<br>Court filing fees $306<br>Office cost $44<br>Credit report cost $75<br>Budget briefing session $100 | | |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Amparo Costo<br>8650 SW 149 Ave Unit 312<br>Miami, FL  33193<br>mother | 12/15/2011 | 100% A New Day Investments LLC<br>Business had no assets and Debtor did not receive any money for the transfer |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

© 1993-2011 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

| Suntrust Bk S Fl Na<br>1501 Ne 26th St<br>Wilton Manors, FL  33305 | Business Checking Acct #4456 | 06/2012<br>$0.00 |
| Suntrust Bk S Fl Na<br>1501 Ne 26th St<br>Wilton Manors, FL  33305 | MMA Acct #4464 | 03/2012<br>$160,000 money was used to<br>purchase the business |
| Suntrust Bank<br>Po Box 85052<br>Richmond, VA  23285 | Business Checking Acct No.X3829<br>(business belonged to Debtor's<br>mother at the time the account was<br>closed) | $0.00 - 06/2013 |

**12. Safe deposit boxes**

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑   List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

☐ None

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Jennatco Inc. | 36-4725388 | Dba A Sunny Start Preschool 2757 SW 142 Ave Miami, FL  33175 | Pre-School | 02/25/2012 to present |
| Jennifer Vazquez PA | | 15267 SW 22nd Ter Miami, FL  33185 | Real Estate and Mortgage Broker | 2003 to 09/2012 Ceased operation 03/2012 |
| A New Day Investments LLC | | 8650 SW 149 Ave Unit 312 Miami, FL 33193 | Property Investment | 03/2011 to 12/15/2011 |
| A New Day Corporation Group | | 15267 SW 22nd Ter Miami, FL  33185 | Property management of properties lost in foreclosure | 2006 to 12/2011 |

☑ None

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

☑ None

a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

☑ None

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☑ None

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

☑ None

d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **July 29, 2013** _____    Signature  */s/ Jennifer Vazquez*  _____
                                          of Debtor                                            **Jennifer Vazquez**

Date: _____    Signature  _____
                                          of Joint Debtor
                                          (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## United States Bankruptcy Court
## Southern District of Florida

IN RE:                                                                    Case No. _____

**Vazquez, Jennifer**                                                     Chapter **7** _____
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> **Bank Of America, N.a.** | **Describe Property Securing Debt:** <br> **15267 SW 22 Terr., Miami, FL  33185** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **To Be Reaffirmed if the mortgage modification is approve** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** <br> **Chase** | **Describe Property Securing Debt:** <br> **15267 SW 22 Terr., Miami, FL  33185** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **Retain and modify**                     (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> **Santisima Trinidad, LLC** | **Describe Leased Property:** <br> **Commercial Lease: 2757 SW 142nd Ave Miami, FL 33175** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes ☑ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes ☐ No |

___**1** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**July 29, 2013**_____      ___*/s/ Jennifer Vazquez*_____
                                          Signature of Debtor

                                          _____
                                          Signature of Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Nationstar** | **Describe Property Securing Debt:**<br>**204 Poinsetia Pine Court, Unit 101, Tampa, FL 33612** |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Real Time Resolutions** | **Describe Property Securing Debt:**<br>**204 Poinsetia Pine Court, Unit 101, Tampa, FL 33612** |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Space Coast Credit Uni** | **Describe Property Securing Debt:**<br>**2007 Land Rover Range Rover Sport** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☑ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:                                                                Case No. _____

Vazquez, Jennifer _____    Chapter **7** _____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **July 29, 2013** _____    Signature: **/s/ Jennifer Vazquez**
                                                     **Jennifer Vazquez**                               Debtor

Date: _____    Signature: _____
                                                                                       Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Amex
Po Box 297871
Fort Lauderdale, FL  33329


Amex
AMERICAN EXPRESS SPECIAL RESEARCH
Po Box 981540
El Paso, TX  79998


AMO Recoveries
P.O. Box 926100
Norcross, GA  30010-6200


Aurora Bank Fsb
601 5th Avenue
Scottsbluff, NE  69361


Aurora Bank Fsb
ATTN: BANKRUPTCY DEPT.
2617 College Park
Scottsbluff, NE  69361


Bank Of America, N.a.
4161 Piedmont Pkwy
Greensboro, NC  27410


Bank Of America, N.a.
ATTN: BANKRUPTCY/MC: NC4-105-03-14
Po Box 26012
Greensboro, NC  27410


Business Law Group, PA
301 W Platt St #375
Tampa, FL  33606

Butler & Hosch, P.A.
3182 S. Conway Road, #E
Orlando, FL  32812


Chase
Po Box 24696
Columbus, OH  43224


Chase
1 Chase Sq
Rochester, NY  14643


Chase
Po Box 901039
Fort Worth, TX  76101


Chase
P.o. Box 15298
Wilmington, DE  19850


Chase
ATTN; BANKRUPTCY DEPT
3415 Vision Dr. Mail Code: Oh4-7133
Columbus, OH  43219


Chase
ATTENTION: BANKRUPTCY
3232 Newmark Dr.
Miamisburg, OH  45342


Chase/best Buy
Po Box 15298
Wilmington, DE  19850

Chase/best Buy
ATTENTION:  BANKRUPTCY DEPARTMENT
Po Box 15298
Wilmington, DE  19850


Child Support Enforcemment
PO Box 8030
Tallahassee, FL  32314-8030


City Furnit
Po Box 94498
Las Vegas, NV  89193


City Furnit
Po Box 10438
Des Moines, IA  50306


David J. Fredericks, Esq.
2033 Main St., #403
Sarasota, FL  34237


Department Of The Treasury
PO Box 21126
Philadelphia, PA  19114-0326


Equifax
PO Box 740241
Atlanta, GA  30374-0241


Experian
PO Box 2002
Allen, TX  75013-2002

Federal National Mortgage Association
C/O Fidelity/ LBPS
14523 SW Millikan Way, #200
Beaverton, OR  97005


Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, FL  33622-5018


Florida Department Of Revenue
PO Box 6668
Tallahassee, FL  32314-6668


Gmac Mort.
Po Box 4622
Waterloo, IA  50704


Golson Felberbaum, PLLC
1230 S. Myrtle Ave., #105
Clearwater, FL  33756-3445


Homeward Residential
1525 S Belt Line Rd
Coppell, TX  75019


Homeward Residential
AHMSI / ATTENTION: BANKRUPTCY
Po Box 631730
Irving, TX  75063


HSBC Bank USA, N.A.
4828 Loop Central Drive, 5th Floor
Houston, TX  77081

HSBC Bank USA, N.A.
P.O. Box 4387
Houston, TX   77081


Internal Revenue Service
PO Box 7346
Philadelphia, PA   19101-7346


Irwin Home Equity
12677 Alcosta Bv
San Ramon, CA   94583


Irwin Home Equity
12677 Alcosta Blvd Ste 500
San Ramon, CA   94583


Jennatco Inc.
Dba A Sunny Start Preschool
2757 SW 142 Ave
Miami, FL   33175


JPMorgan Chase Bank
3415 Vision Dr.
Columbus, OH   43219


JPMorgan Chase Bank, N.A.
7255 Baymeadows Way
Jacksonville, FL   32256


LAw Offices Of Marshall C. Watson, PA
1800 NW 49th St., #120
Ft. Lauderdale, FL   33309


LCS Financial Services Corp.
6782 South Potomac St., #100
Centennial, CO   80112-3915

```
Lexus Financial Servic
12735 Morris Road Ext #
Alpharetta, GA  30004


Lexus Financial Servic
Po Box 8026
Cedar Rapids, IA  52409


Magnolia Court Condo. Assoc., Inc.
2180 W. SR 434, #5000
Longwood, FL  32779


Magnolia Court Condo. Assoc., Inc.
C/O James W. Hart, JR, R.A.
2180 W. SR 434, #5000
Longwood, FL  32779


Marinosci Law Group, PC
C/O Daphne Blum Tako, Esq.
10 West Cypress Creek Rd Ste 10-45
Ft Lauderdale, FL  33309


Mortgage Electronics Registration System
3300 SW 34th Ave, #101
Ocala, FL  34474


Nationstar
350 Highland
Houston, TX  77067


Nationstar
ATTN: BANKRUPTCY
350 Highland Dr
Lewisville, TX  75067
```

NSM Recovery Services
PO Box 130536
Dallas, TX  75313-0536


Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, FL  32826


Ocwen Loan Servicing L
ATTN: BANKRUPTCY
P.o. Box 24738
West Palm Beach, FL  33416


Ocwen Loan Servicing, LLC
P.O. Box 6440
Carol Stream, IL  60197-6440


Professional Recovery Consultants, Inc.
27000 Meridan Pkwy Ste 200
Durham, NC  27713


Real Time Resolutions
105 Decker Ct Ste 725
Irving, TX  75062


Renaissance Villas Condo Assoc., Inc.
307 S. Willow Ave, #100
Tampa, FL  33606


Renaissance Villas Condo Assoc., Inc.
C/O DLG Management Services, R.A.
307 S. Willow Ave., #100
Tampa, FL  33606

Renaissance Villas Condo Assoc., Inc.
C/OBusiness Law Group
301 W. Platt St., #375
Tampa, FL  33606


Sarasota Palms Condo., Assoc., Inc.
2725 Coconut Bay Lane
Sarasota, FL  34237


Sarasota Palms Condo., Assoc., Inc.
C/O Michael Averbuch, R.A.
2725 Coconut Bay Lane
Sarasota, FL  34237


Space Coast Credit Uni
8045 N Wickham Rd
Melbourne, FL  32940


Tabank
11227 Lakeview Ave
Lenexa, KS  66219


The Bristol Bay Condominium Assoc., Inc.
410D Banana Cay Drive
South Daytona, FL  32119


The Bristol Bay Condominium Assoc., Inc.
C/O Steven M. Bowie, R.A.
410D Banana Cay Drive
South Daytona, FL  32119


The Law Offices of Ryan D Gesten PA
6974 Griffin Rd
Davie, FL  33314

```
Transunion
PO Box 1000
Chester, PA  19016-1000


Tropical Fed Credit Un
3050 Corporate Way
Miramar, FL  33025
```